UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 23946
  ALPHONZO KEVIN HALL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-0328
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 12/20/2007 and was not confirmed.

The case was dismissed without confirmation 02/25/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LENDING | CURRENT MORTG | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 778.82 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 2838.38 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


          Dated: 05/23/08            /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE